Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for John Garcia

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARCIA, | ) No. 5:18-cv-01014-RAO |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND DOLLARS and NO CENTS ($4,000.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS

///

///

1

($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: August 9, 2019

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE